IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRISPITED ORTIZ, | : | CIVIL NO. 3:CV-12-1194 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| WARDEN FRANK STRADA, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 28th day of October 2013, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the foregoing memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**